In the Matter of Zurich General Accident and Liability Insurance Company.

Supreme Court, New York Special Term, August' (Received September, 1923).

Practice — supplementary proceedings — order for examination may provide for hearing a certain number of days after service instead of on a definite fixed date.

An order for the examination of parties in supplementary proceedings may provide for the hearing a certain number of days after service of the order, and that the party served must appear as directed by the order. The same practice should obtain on an order to punish for contempt for disobedience of the order for examination.

Application for order in supplementary proceedings.

Mahoney, J. Instead of initialing old orders providing dates for examination of parties or hearings on contempts for failure to appear to be examined I am in favor of the adoption and use of a form of order so elastic in character as to permit the original order to suffice, provided the person to be served cannot be served without difficulty and loss of time. Instead, therefore, of providing a certain specified date, let the order provide for the hearing a certain number of days after service has been accomplished; and when service has been effected, then the party must appear as directed. The adoption of such form in this and other cases, it seems to me, will obviate the necessity of presentation of an order to the court to extend time when there has been a failure to complete service. Let such order be submitted in this case.

Ordered accordingly.